| | |
|---|---|
| RODNEY BROWN, | ) |
| Appellant, | ) |
| v. | ) Case No. 21-2460 |
| DONALD J. TRUMP, et al., | ) |
| Appellees. | ) |

**APPELLANT'S THIRD CONSENT MOTION
FOR EXTENSION OF TIME TO FILE
APPELLATE BRIEF, ADDENDUM, AND JOINT APPENDIX**

Pursuant to 8th Cir. R. 27A(a)(2), Appellant respectfully requests a third extension of time, through and including November 8, 2021, within which to file his opening Brief, Addendum, and the Joint Appendix. In support of this Motion, Appellant states as follows:

1. Appellant's Brief, Addendum, and the Joint Appendix are currently due October 8, 2021.

2. One of Appellant's attorneys has unexpectedly had to take extended medical leave. Therefore, Appellant seeks a 30-day extension, through and including November 8, within which to file Appellant's Brief, Addendum, and the Joint Appendix.

3. Counsel for Appellees has consented to Appellant's request for a 30-day extension of time.

1

4. This motion is not brought for delay or any other improper purpose, but is brought in good faith and due to the unforeseen illness and medical leave of Appellant's counsel.

WHEREFORE, Appellant Rodney Brown respectfully requests this Court grant him an extension of time up to and including November 8, 2021, to file Appellant's Brief, Addendum, and the Joint Appendix.

Dated: September 30, 2021  Respectfully submitted,

RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
By: /s/ Megan Crane
Amy E. Breihan, #65499MO
Megan Crane, #71624MO
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

*Attorneys for Appellant Rodney Brown*

## Certificate of Compliance

Appellant hereby certifies that his *Third Consent Motion for Extension of Time to File Appellate Brief, Addendum, and the Joint Appendix*, filed September 30, 2021, complies with Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains <u>183</u> words.

Appellant further certifies that the motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a <u>proportionally spaced</u> typeface using Microsoft Word software in font <u>size 14</u> in <u>Times New Roman</u> font style.

## Certificate of Service

I hereby certify that on the 30th day of August, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court using the Court's online case filing system for electronic notice to all counsel of record.

By: <u>/s/ Megan Crane</u>